Terrill D. Gurley Jr.
_____
Name

8607 S.E. Flower mound Rd
_____

Lawton, okla 73501
_____
Address

**FILED**

APR 1 6 2014

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Terrill D. Gurley , Plaintiff
(Full Name)

v.

Lt. Clerk Sgt. Dawson Defendant (s)
%Livingston, %Neinl, %Kinnder

CIV-14-381   R

CASE NO._____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1)   Terrill D. Gurley Jr. , is a citizen of  Oklahoma
        (Plaintiff)                                                    (State)

who presently resides at 8607 S.E. Flower mound Rd
                                                              (Mailing address or place

Lawton, okla 73501         .
of confinement)

2)   Defendant  Lt. Clerk                                            is a citizen of
                        (Name of first defendant)

Lawton, oklahoma                           , and is employed as
        (City, State)

correctional Supervisor      . At the time the claim(s)
        (Posittition and title, if any)

alleged in this complaint arose, was this defendant acting under color of
state law?   Yes ☒   No ☐ . If your answer is "Yes", briefly explain:

Lt. Clerk, is obligated and committed to the safty
and orderly running of the facility
_____

3)      Defendant ___Sgt. Tanner Dawson___ is a citizen of
                    *(Name of second defendant)*
        ___Lawton, oklahoma___, and is employed as
                    *(City, State)*
        ___correctional Supervisor___. At the time the claim(s)
                    *(Position and title, if any)*
        alleged in this complaint arose was this defendant acting under color of
        state law?  Yes ☒  No ☐.   If your answer is "Yes", briefly explain:
        ___Sgt. is obligated and committed to the safty and___
        ___orderly running of the facility___

        (Use the back of this page to furnish the above information for additional
        defendants.)

4)      Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983.
        (If you wish to assert jurisdiction under different or additional statutes,
        you may list them below.) _____

        _____

## B.  NATURE OF THE CASE

1)      Briefly state the background of your case.

        Plaintiff was moved to a restricted housing unit with
        other Security threat groups (gang affiliated inmates) while
        working in his assigned work area, he was physically ass-
        aulted by two (2) inmates from another security threat
        group, who were suppose to be locked in their cells. corr-
        ectional officer opened a pod door and allowed the two (2)
        inmates to walk pass him.

- 2 -

Defendant c/o Kininder is a citizen of Lawton, Oklahoma and is employed as a correctional officer, at the time of the claims alleged in the complaint arose, was the defendant acting under color of state law? Yes. c/o Kininder is obligated and committed to offenders safly and orderly running of the housing unit.

Defendant c/o Livingston is a citizen of Lawton, Oklahoma and is employed as a correctional officer, at the time the claims alleged in the complaint arose, was the defendant acting under color of state law? Yes. c/o Livingston is obligated and committed to offenders safly and orderly running of the housing unit.

Defendant c/o Neinl is a citizen of Lawton, Oklahoma and is employed as a correctional officer, at the time the claims alleged in the complaint arose, was the defendant acting under color of statelaw? Yes. c/o Neinl is obligated and committed to offenders safly and orderly running of the housing unit.

~~Defendant neinl employed Budith... citizen of Lawton, Oklahoma and is employed as residence under... time the claims alleged in the complaint arose, was the defendant acting under color of state law? Yes. assistant under Prohibition is obligated and committed to orderly running of the facility~~

## C. CAUSE OF ACTION

1)      I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1)   Count I: Eighth amendment Failure to protect health or safty

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.) Housing unit 2 is a restricted housing unit that was created by the facility head to keep conflicting Security threat groups (gang affiliated) seperated. House 2 is a critical unit, it takes certain a number of officers to maintain and control the

B) (1)   Count II: ~~Eighth amendment cruel and unusual~~
~~and condition of confinement~~

(2) Supporting Facts: ~~on Nov 18th 2013~~

~~with~~

- 3 -

XE-2   7/93

the orderly running .
~~Dawson~~ is aware how critical the housing unit is, but
disregarded the facts. Sgt. ~~Dawson~~ posted two (2) officers
(c/o Livingston & c/o Kinnder) as the housing unit rover. c/o
Kinnder has never worked the housing unit before but yet
he was left to run the housing unit. when a offender is
in and or working in the D. Space no pod doors are suppose
to be open when offenders are in the pod. c/o Neial who was
the picket operator at the time knows this, and was aware
that people was in the pod. on 2.5.14 while I was cleaning
the D. Space c/o Kinnder opened a pod door that passed another
security threat grap and allowed two (2) offenders to walk out
the pod and physically assault me causing serious harm. c/o
Livingston was in another pod, when c/o Kinnder called the
door. The offenders that walked out the pod was suppose to be
locked in there cells.

C) (1) Count III: _____

_____

_____

    (2) Supporting Facts:

## D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒. If your answer Is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)    Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b)    Name of court and docket number _____

_____

    c)    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

    d)    Issues raised _____

    e)    Approximate date of filing lawsuit _____

    f)    Approximate date of disposition _____

- 4 -

XE - 2   7/93

2)      I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☑ . If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

### E. REQUEST FOR RELIEF

1)      I believe that I am entitled to the following relief:

1. 8.000$\frac{00}{}$ for each superficial wounds in the chest area (5x)
2. 3.000$\frac{00}{}$ for each superficial wounds in the head (3x)
3. 5.000$\frac{00}{}$ for superficial wounds to right hand (1x)

_____                    _____
Signature of Attorney  (if any)                    Signature of Petitioner

_____
_____

(Attorney's full address and
telephone number.)

-5-

XE - 2   7/93

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.   28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Lawton correctional facility_ on _4-9-14_          , 199 __2014__ .
                  (Location)                         (Date)

                                                              (Signature)

- 6 -

XE - 2   7/93