# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

TERRILL D. GURLEY, JR., )
)
         Plaintiff, )
)
vs. ) Case No. CIV-14-381-M
)
THE GEO GROUP, INC., et al., )
)
         Defendants. )

## ORDER

On March 19, 2015, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging that defendants violated plaintiff's constitutional rights. The Magistrate Judge recommended that defendants' motion to dismiss or alternatively for summary judgment, which the Magistrate Judge construed as a motion for summary judgment, be granted, that the complaint be dismissed for failure to exhaust administrative remedies, and that judgment be entered in favor of defendants and against plaintiff. Further, the Magistrate Judge recommended that Plaintiff's Motion for Discovery be denied as well. The parties were advised of their right to object to the Report and Recommendation by April 8, 2015. On April 09, 2015, defendant filed his objection.

Upon de novo review, the Court:

(1)     ADOPTS the Supplemental Report and Recommendation [docket no. 62] issued by the Magistrate Judge on March 19, 2015;

(2)     GRANTS defendants' motion to dismiss or alternatively for summary judgment [docket no 50], which the Court construes as a motion for summary judgment;

(3)     DENIES plaintiff's Motion for Discovery [docket no 57];

(4)     DISMISSES this action; and

1

(5)	ORDERS that judgment be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED this      28th      day of May, 2015.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE